SARAH WILLIAMS, Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530
(202) 305-2428
sarah.williams@usdoj.gov

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>   Defendants. | **JOINT MOTION FOR ENTRY OF CONSENT DECREE FOR PERMANENT INJUNCTION**<br><br>Case No. 4:23-cv-00088-DN<br><br>Judge David Nuffer |

Plaintiff, the United States of America, and Defendants Premium Production, LLC, a corporation, and Ryan Petersen, an individual (collectively, "Defendants"), by their respective attorneys, aver as follows:

1. The parties have agreed to resolve the above matter with the entry of a Consent Decree of Permanent Injunction ("Consent Decree"), as attached hereto.

2. Attorneys for the government, counsel for Premium Production, LLC, and counsel for Mr. Petersen have all signed the attached Consent Decree.

3. Accordingly, the parties move this Court to enter the attached Consent Decree as its final order and judgment in this case. Defendants agree to waive service of the summons and complaint, and to the Court's entry of the Consent Decree.

Respectfully submitted this 12th day of October, 2023

| FOR DEFENDANTS: | FOR PLAINTIFF: |
|---|---|
| REBECCA K. WOOD Sidley Austin LLP<br>1501 K Street NW<br>Washington, D.C. 20005<br>(202) 736-8663<br>rwood@sidley.com | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General, Civil Division |
| WILLIAM R. LEVI<br>Sidley Austin LLP<br>1501 K Street NW<br>Washington, D.C. 20005<br>(202) 736-8756<br>william.levi@sidley.com | ARUN G. RAO<br>Deputy Assistant Attorney General<br><br>AMANDA N. LISKAMM<br>Acting Director |
| /s/ Scott A. Kaplan<br>SCOTT A. KAPLAN<br>Sidley Austin LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 223-0440<br>skaplan@sidley.com | By:   /s/ Sarah Williams<br>Sarah Williams<br>Senior Trial Attorney<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>Civil Division, 6th Floor South<br>Washington, DC 20001 |
| Attorneys for Defendant PREMIUM PRODUCTION, LLC. | OF COUNSEL:<br><br>MARK RAZA<br>Chief Counsel |
| /s/ Kurt Harris<br>KURT HARRIS<br>Kurt Harris, Esq, P.C.<br>4730 S. Fort Apache Road<br>Suite 300<br>Las Vegas, NV 89147<br>(702) 252-3858<br>kharris@702law.com | SHANNON SINGLETON<br>Acting Deputy Chief Counsel for Litigation<br><br>TODD MILLER<br>Associate Chief Counsel for Enforcement<br>United States Department of Health and Human Services<br>Office of the General Counsel<br>Food and Drug Division |
| Attorney for Defendant RYAN PETERSEN | |