

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel:   Kurt Harris, Esq.
Firm:   Kurt Harris, Esq., P.C.
Address:   4730 South Fort Apache Rd., Ste. 300
            Las Vegas, NV 89147

Telephone:   (702) 252-3838
Email:   kharris@702law.com

Pro Hac Vice Applicant:   Scott A. Kaplan
Firm:   Sidley Austin LLP
Address:   60 State St., 36th Floor
            Boston, MA 02109

Telephone:   (617) 223-0440
Email:   skaplan@sidley.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
| --- | --- | --- |
| District of Columbia | 187261 | 2/5/2018 |
| Massachusetts | 706670 | 7/27/2020 |
| Pennsylvania | 307345 | 11/18/2009 |

Have you ever been the subject of disciplinary action ☐ Yes  ☒ No by any bar or court to which you have been admitted?

If yes, please explain:

1

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH  IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | | |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | | |
| I certify that I do not maintain a law office in Utah. | | |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | | |

☒ Yes ☐ No

☒ Yes ☐ No

☒ Yes ☐ No

☒ Yes ☐ No

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

| | |
|---|---|
| */s/ Scott Kaplan* | 10/12/2023 |
| Signature | Date |

2