Kurt Harris, Esq. (Utah Bar No. 14047)
Kurt Harris, Esq., P.C.
4730 South Fort Apache Rd., Ste. 400
Las Vegas, NV 89147
(702) 252-3838
kharris@702law.com

*Counsel for Defendants*

---

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | **MOTION FOR PRO HAC VICE ADMISSION** |
| Plaintiff, | |
| v. | Case No. 4:23-cv-00088-DN |
| PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual, | District Judge David Nuffer |
| Defendants. | |

### MOTION FOR PRO HAC VICE ADMISSION

I move for the pro hac vice admission of Rebecca K. Wood, Sidley Austin LLP, 1501 K St. N.W., Washington, DC 20005, (202) 736-8663, rwood@sidley.com, as counsel for Premium Production, LLC, and I consent to serve as local counsel. I am an active member of this court's bar.

/ / / /

/ / / /

/ / / /

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Date: October 14, 2023                              Respectfully submitted,

                                                    */s/ Kurt Harris, Esq.*
                                                    Kurt Harris, Esq. (Utah Bar No. 14047)
                                                    Kurt Harris, Esq., P.C.
                                                    4730 South Fort Apache Rd., Ste. 400
                                                    Las Vegas, NV 89147 (702)
                                                    252-3838
                                                    kharris@702law.com

                                                    *Counsel for Defendants*


<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of October 2023, I electronically filed the foregoing Motion for Pro Hac Vice Admission with the Clerk of the Court.  I also certify that a copy of the foregoing Motion was served, by the Court's electronic filing system, on Counsel for Plaintiff.

                                                    */s/ Kurt Harris, Esq.*
                                                    Kurt Harris, Esq. (Utah Bar No. 14047) Kurt
                                                    Harris, Esq., P.C.
                                                    4730 South Fort Apache Rd., Ste. 400
                                                    Las Vegas, NV 89147 (702)
                                                    252-3838
                                                    kharris@702law.com

                                                    *Counsel for Defendants*