

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

Local Counsel: Kurt Harris, Esq.
Firm: Kurt Harris, Esq., P.C.
Address: 4730 South Fort Apache Rd., Ste. 300
Las Vegas, NV 89147

Telephone: (702) 252-3838
Email: kharris@702law.com

Pro Hac Vice Applicant: Rebecca K. Wood
Firm: Sidley Austin LLP
Address: 1501 K St. N.W.
Washington, DC 20005

Telephone: (202) 736-8663
Email: rwood@sidley.com

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
| --- | --- | --- |
| New York | 2984409 | 6/14/1999 |
| District of Columbia | 473616 | 9/5/2001 |
| U.S. Supreme Court |  | 3/29/2004 |
| U.S. Court of Appeals, 2nd Circuit |  | 12/31/2005 |
| U.S. Court of Appeals, 3rd Circuit |  | 5/19/2008 |
| U.S. Court of Appeals, 4th Circuit |  | 5/18/2012 |
| U.S. Court of Appeals, 5th Circuit | 40317 | 6/19/2015 |
| U.S. Court of Appeals, 6th Circuit |  | 8/15/2013 |

| | | |
|---|---|---|
| U.S. Court of Appeals, 7th Circuit | | 11/18/2016 |
| U.S. Court of Appeals, 8th Circuit | | 12/31/2000 |
| U.S. Court of Appeals, 9th Circuit | | 3/17/2011 |
| U.S. Court of Appeals, 10th Circuit | | 12/31/2005 |
| U.S. Court of Appeals, 11th Circuit | | 12/31/2004 |
| U.S. Court of Appeals, D.C. Circuit | | 12/31/2004 |
| U.S. Court of Appeals, Federal Circuit | | 12/31/2001 |
| U.S. District Court, District of Columbia | | 12/31/2002 |

Have you ever been the subject of disciplinary action ☐ Yes  ☒ No by any bar or court to which you have been admitted?

If yes, please explain:

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

2

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ Rebecca Wood*          10/12/2023
Signature                    Date