THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>　　　　　　Defendants. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>Case No. 4:23-cv-00089-DN<br><br>District Judge David Nuffer |

　　　Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Rebecca K. Wood. Based on the motion and for good cause appearing,

　　　**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.


　　　Signed _____.

　　　　　　　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　　United States District Judge