

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH APPLICATION
FOR PRO HAC VICE ADMISSION**

**CONTACT INFORMATION**

Local Counsel:       Kurt Harris, Esq.
Firm:                Kurt Harris, Esq., P.C.
Address:             4730 South Fort Apache Rd., Ste. 300
                     Las Vegas, NV 89147

Telephone:           (702) 252-3838
Email:               kharris@702law.com


Pro Hac Vice Applicant:   William R. Levi
Firm:                     Sidley Austin LLP
Address:                  1501 K St. N.W.
                          Washington, DC 20005

Telephone:                (202) 736-8756
Email:                    william.levi@sidley.com


An applicant who intend to become a          ☐ Admission by Bar Examination
member of the Utah State Bar, please identify ☐ Admission by UBE Transfer
the type of admission you seek:

                                             ☐ Motion/Reciprocal

**STATE AND FEDERAL BAR MEMBERSHIPS**

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New Mexico | 141963 | 11/19/2010 |
| District of Columbia | 1007057 | 4/9/2012 |
| U.S. Supreme Court | | 10/14/2014 |
| U.S. Court of Appeals, 2nd Circuit | | 2/5/2014 |
| U.S. Court of Appeals, 3rd Circuit | | 3/14/2013 |
| U.S. Court of Appeals, 5th Circuit | | 2/15/2013 |
| U.S. Court of Appeals, 6th Circuit | | 9/12/2013 |
| U.S. Court of Appeals, 7th Circuit | | 1/24/2014 |

| | | |
|---|---|---|
| U.S. Court of Appeals, 9th Circuit | | 8/15/2013 |
| U.S. Court of Appeals, 10th Circuit | | 3/15/2013 |
| U.S. Court of Appeals, D.C. Circuit | 55522 | 9/2/2014 |
| U.S. District Court, District of Columbia | | 6/6/2022 |

Have you ever been the subject of disciplinary action ☐ Yes  ☒ No by any bar or court to which you have been admitted?

If yes, please explain:

<br><br><br><br><br>

**LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH  IN THE PREVIOUS 5 YEARS**

| Case Name | Case Number | Date of Admission |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

<br><br><br>

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

*/s/ William R. Levi*
Signature

10/12/2023
Date