THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>      Defendants. | **ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION**<br><br>Case No. 4:23-cv-00089-DN<br><br>District Judge David Nuffer |

  Before the court is Local Counsel's Motion for Pro Hac Vice Admission of William R. Levi. Based on the motion and for good cause appearing,

  **IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

Signed _____.

BY THE COURT

_____
David Nuffer
United States District Judge