Kurt Harris, Esq. (Utah Bar No. 14047)
Kurt Harris, Esq., P.C.
4730 South Fort Apache Rd., Ste. 400
Las Vegas, NV 89147
(702) 252-3838
kharris@702law.com

*Counsel for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 4:23-cv-00088-DN<br><br>District Judge David Nuffer |

MOTION FOR PRO HAC VICE ADMISSION

I move for the pro hac vice admission of Scott A. Kaplan, Sidley Austin LLP, 60 State St., 36th Floor, Boston, MA 01209, (617) 223-0440, skaplan@sidley.com, as counsel for Premium Production, LLC, and I consent to serve as local counsel. I am an active member of this court's bar.

/ / / /

/ / / /

/ / / /

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

Date: October 18, 2023

Respectfully submitted,

*/s/ Kurt Harris, Esq.*
Kurt Harris, Esq. (Utah Bar No. 14047)
Kurt Harris, Esq., P.C.
4730 South Fort Apache Rd., Ste. 400
Las Vegas, NV 89147 (702) 252-3838
kharris@702law.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October 2023, I electronically filed the foregoing Motion for Pro Hac Vice Admission with the Clerk of the Court.  I also certify that a copy of the foregoing Motion was served, by the Court's electronic filing system, on Counsel for Plaintiff.

*/s/ Kurt Harris, Esq.*
Kurt Harris, Esq. (Utah Bar No. 14047) Kurt Harris, Esq., P.C.
4730 South Fort Apache Rd., Ste. 400
Las Vegas, NV 89147 (702) 252-3838
kharris@702law.com

*Counsel for Defendants*