William R. Levi (*pro hac vice*)
Rebecca K. Wood (*pro hac vice*)
Sidley Austin LLP
1500 K St. N.W.
Washington, DC 20005
(202) 736-8000
wlevi@sidley.com
rwood@sidley.com

Scott A. Kaplan (*pro hac vice*)
Sidley Austin LLP
60 State St., 36th Floor
Boston, MA 01209
(617) 223-0300
skaplan@sidley.com

*Counsel for Defendant Premium Production, LLC*

Kurt Harris, Esq. (Utah Bar No. 14047)
Kurt Harris, Esq., P.C.
4730 South Fort Apache Rd., Ste. 400
Las Vegas, NV 89147
(702) 252-3838
kharris@702law.com

*Counsel for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>Defendants. | **JOINT MOTION TO STAY PREPARATION OF A CASE SCHEDULE**<br><br>Case No. 4:23-cv-00088-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Defendants Premium Production, LLC, a corporation, and Ryan Petersen, an individual, and Plaintiff, the United States of America, (collectively, the "Parties") hereby jointly request that

the Court stay all deadlines associated with the preparation of the case schedule, *see* ECF No. 12, until after it resolves the Parties' Joint Motion for Entry of Consent Decree for Permanent Injunction, *see* ECF No. 4. The Parties aver as follows:

1. The Parties have agreed to resolve the above matter with the entry of a Consent Decree of Permanent Injunction ("Consent Decree").

2. On October 12, 2023, the Parties moved the Court to enter a signed Consent Decree as its final order and judgment in this case. *See* ECF No. 4.

3. On October 18, 2023, the Court ordered the Parties to prepare a case schedule by filing an Attorney Planning Meeting Report and submitting a stipulated Proposed Scheduling Order within 28 days after any defendant has appeared or within 42 days after any defendant has been served with the complaint. *See* ECF No. 12.

4. Attorneys for the Parties have conferred and agreed that, if the Court agrees to enter the Consent Decree as its final order and judgment, a scheduling order will be unnecessary. Accordingly, the Parties agreed to submit this joint motion to stay all deadlines associated with the preparation of a case schedule until after the court resolves the Joint Motion for Entry of Consent Decree.

Dated: November 7, 2023

By: */s/ William R. Levi*
    William R. Levi

*Counsel for Defendant Premium Production, LLC*

By: */s/ Kurt Harris*
    Kurt Harris

*Counsel for Defendants*

By: */s/ Sarah Williams*
    Sarah Williams

*Attorney for the United States of America*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of November 2023, I electronically filed the foregoing motion with the Clerk of the Court.  I also certify that a copy of the foregoing motion was served by the Court's electronic filing system on Counsel for Plaintiff.

                                                         */s/ William R. Levi*
                                                         William R. Levi
                                                         1500 K St. N.W.
                                                         Washington, D.C. 20005
                                                         (202) 736-8000
                                                         wlevi@sidley.com

                                                         *Counsel for Defendants*