THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>　　　　　　Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PREPARATION OF A CASE SCHEDULE**<br><br>Case No. 4:23-cv-00088-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

　　　　Before the Court is the Joint Motion to Stay Preparation of a Case Schedule. Based on the motion and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the motion is GRANTED. All deadlines associated with the Court's Order to Prepare Schedule and Prepare for Case Management Conference (ECF No. 12) are stayed until further notice.

　　　　Signed this ___ day of _____, 2023.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Paul Kohler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge