THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREMIUM PRODUCTION, LLC, a corporation, and RYAN PETERSEN, an individual,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION TO STAY PREPARATION OF A CASE SCHEDULE**<br><br>Case No. 4:23-cv-00088-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Before the Court is the Joint Motion to Stay Preparation of a Case Schedule.[1] Based on the motion and for good cause appearing, **IT IS HEREBY ORDERED** that the motion is GRANTED. All deadlines associated with the Court's Order to Prepare Schedule and Prepare for Case Management Conference[2] are stayed. Within 14 days of a ruling on the pending consent for preliminary injunction, the parties are ordered to file a joint attorney planning meeting report and proposed scheduling order.

Signed this 8th day of November, 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 16, filed November 7, 2023.

[2] Docket No. 12, filed October 18, 2023.